# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.   M-19- 179 -STE
GoPro Hero 5 w/64gb SD card; Samsung cell phone, s/n R58JC25P00H; )
Samsung tablet, model no. CE0168; ASUS laptop, model no. GX501V; )
ACS thumb drive, s/n RR 128-06885; Crosstour camera w/32gb SD card )

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Oklahoma_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before **April 22, 2019** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Shon T. Erwin_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **4/9/19 at 2:36pm**                    *Slunt. E*
                                                                            *Judge's signature*

City and state:      Oklahoma City, Oklahoma                    SHON T. ERWIN, U.S. Magistrate Judge
                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>M-19-179  -STE | Date and time warrant executed:<br>9 Apr 19 / 4:00 PM CST | Copy of warrant and inventory left with:<br>Lt Col SEAN R. AMES |

Inventory made in the presence of :
SA Kathryn Bailey

Inventory of the property taken and name of any person(s) seized:

1. One Black GoPro brand Hero 5 camera with a chest harness and one red and gray 64GB SanDisk brand Ultra Plus memory card.
2. One Silver Samsung brand cellular phone bearing serial number R58JC25P00H.
3. One Black Samsung brand tablet, model no. CE0168.
4. One ASUS brand laptop computer, model no. GX501V.
5. One Black ACS brand thumb drive bearing serial no. RR 128-068851.
6. One Crosstour brand digital camera with a red and gold colored 32GB SanDisk brand Extreme Plus memory card.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  9 Apr 19

*John Darter*
*Executing officer's signature*

John T. Darter / Special Agent
*Printed name and title*

# ATTACHMENT A

a.      One black GoPro brand Hero 5 camera with a chest harness and one red and grey 64GB SanDisk brand Ultra Plus memory card;

b.      one silver Samsung brand cellular phone bearing serial number R58JC25P00H;

c.      one black Samsung brand tablet, model no. CE0168;

d.      one ASUS brand laptop computer, model no. GX501V;

e.      one black ACS brand thumb drive bearing serial no. RR 128-068851; and

f.      one Crosstour brand digital camera with a red and gold colored 32GB SanDisk brand Extreme Plus memory card.

# ATTACHMENT B

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

1. Any and all documents related to YOUNG's preparations and planning of his unauthorized departure from his duty station and any documents showing his intentions of remaining away therefrom permanently.

2. Any and all documents related to YOUNG's knowledge of his fugitive status and his knowing possession of a firearm and ammunition while being a fugitive from justice.

3. A search of the electronic devices, computers, cellular/mobile phones, and other items listed in this Attachment and Warrant will include, but not be limited to, a search of, and for, computer passwords, computer pass-phrases, data security devices, records, documents, materials, electronic data, electronic mail, Internet history, geolocation data, chat sessions, mobile applications, sms/mms "text" messages.

4. Electronically stored information on electronic devices, computers, cellular/mobile phones, and other items listed in this Attachment and Warrant that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the devices were to be used, the purpose of its use, who would use it, and when.

5. User attribution evidence on electronic devices that indicates who has used or controlled the devices and when they were used or accessed.